**Cause No. D-1-GN-23-007785**

5/5/2025 9:05 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-007785
Selina Hamilton

| | |
|---|---|
| City of Grand Prairie, *et al.,*<br>    *Plaintiffs,*<br><br>and<br><br>City of Brownsville, *et al.,*<br>    *Intervenor-Plaintiffs*<br><br>v.<br><br>The State of Texas, *et al.,*<br>    *Defendants,*<br><br>and<br><br>2020 Long Tail Trail Investments, LLC,<br>    *Intervenor-Defendant.* | FILED IN<br>15th COURT OF APPEALS<br>AUSTIN, TEXAS<br>5/6/2025 10:16:37 AM<br>CHRISTOPHER A. PRINE<br>In the District Court<br><br><br>Travis County, Texas<br><br><br>261st Judicial District |

**INTERVENOR-DEFENDANT
2020 LONG TAIL TRAIL INVESTMENTS, LLC'S
NOTICE OF APPEAL**

Intervenor-Defendant 2020 Long Tail Trail ("Long Tail") files this Notice of Appeal from this Court's April 14, 2025, Order striking Long Tail's petition in intervention, granting Defendants' plea to the jurisdiction, and denying Long Tail's amended motion for summary judgment.

Long Tail appeals to the Fifteenth Court of Appeals.

This appeal involves a matter brought against the State of Texas. This appeal also involves a matter brought against officers of the executive branch of the state government and arising out of those officers' official conduct. This appeal also involves a matter in which a party to the proceeding challenges the constitutionality or validity of a state statute. The Attorney General is a party to the case.

Dated: May 5, 2025

Respectfully submitted,

/s/ *Todd Disher*

Todd Disher
Texas Bar No. 24081854
todd@lkcfirm.com
William T. Thompson
Texas Bar No. 24088531
will@lkcfirm.com
Joshua P. Morrow
Texas Bar No. 24106345
josh@lkcfirm.com
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350

*Counsel for Intervenor-Defendant 2020 Long Tail Trail Investments, LLC*

## Certificate of Service

I certify that I caused to be filed a copy of this Notice of Appeal using the Court's electronic filing system on May 5, 2025, which will send notice via electronic service to all counsel of record.

/s/ *Todd Disher*
Todd Disher

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100467469
Filing Code Description: Notice of Appeal
Filing Description: INTERVENOR-DEFENDANT 2020 LONG TAIL TRAIL INVESTMENTS, LLC'S NOTICE OF APPEAL
Status as of 5/6/2025 10:07 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sherry Brown | | sherry@txmunicipallaw.com | 5/5/2025 9:05:31 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 5/5/2025 9:05:31 PM | SENT |
| Clark McCoy | 90001803 | cmccoy@wtmlaw.net | 5/5/2025 9:05:31 PM | SENT |
| William Thompson | 24088531 | will@lkcfirm.com | 5/5/2025 9:05:31 PM | SENT |
| David Overcash | 24075516 | david.overcash@wtmlaw.net | 5/5/2025 9:05:31 PM | SENT |
| George Hyde | 45006157 | ghyde@txlocalgovlaw.com | 5/5/2025 9:05:31 PM | SENT |
| Matthew Weston | 24037698 | mweston@txlocalgovlaw.com | 5/5/2025 9:05:31 PM | SENT |
| Laura Hendrix | | laura.hendrix@oag.texas.gov | 5/5/2025 9:05:31 PM | SENT |
| Michael Bostic | 24113617 | michael.bostic@tdlr.texas.gov | 5/5/2025 9:05:31 PM | SENT |
| Stephen Speck | 24120474 | stephen.speck@cpa.texas.gov | 5/5/2025 9:05:31 PM | SENT |
| Cole Wilson | 24122856 | cole.wilson@oag.texas.gov | 5/5/2025 9:05:31 PM | SENT |
| Marianne Banks | | marianne@texasmunicipallawyers.com | 5/5/2025 9:05:31 PM | SENT |
| Allison Collins | 24127467 | allison.collins@oag.texas.gov | 5/5/2025 9:05:31 PM | SENT |
| Hope Avila | | hope@texasmunicipallawyers.com | 5/5/2025 9:05:31 PM | SENT |
| Timothy Dunn | | timothy@txmunicipallaw.com | 5/5/2025 9:05:31 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 5/5/2025 9:05:31 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 5/5/2025 9:05:31 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/5/2025 9:05:31 PM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/5/2025 9:05:31 PM | SENT |
| Becky Kohl | | beckyk@txmunicipallaw.com | 5/5/2025 9:05:31 PM | SENT |
| Timothy A.Dunn | | taddunn@txmunicipallaw.com | 5/5/2025 9:05:31 PM | SENT |
| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 5/5/2025 9:05:31 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100467469
Filing Code Description: Notice of Appeal
Filing Description: INTERVENOR-DEFENDANT 2020 LONG TAIL TRAIL INVESTMENTS, LLC'S NOTICE OF APPEAL
Status as of 5/6/2025 10:07 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 5/5/2025 9:05:31 PM | SENT |
| Maisa Siqueira | | maisa@txmunicipallaw.com | 5/5/2025 9:05:31 PM | SENT |
| Josh Morrow | | Josh@lkcfirm.com | 5/5/2025 9:05:31 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 5/5/2025 9:05:31 PM | SENT |
| Will Trevino | | will.trevino@brownsvilletx.gov | 5/5/2025 9:05:31 PM | SENT |
| Maida Garcia | | maida.garcia@brownsvilletx.gov | 5/5/2025 9:05:31 PM | SENT |
| Evelyne Jones | | ejones@txlocalgovlaw.com | 5/5/2025 9:05:31 PM | SENT |
| Lauren Fogerty | | lfogerty@txlocalgovlaw.com | 5/5/2025 9:05:31 PM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 5/5/2025 9:05:31 PM | SENT |
| Adam Fellows | | Adam.Fellows@cpa.texas.gov | 5/5/2025 9:05:31 PM | SENT |